1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL A. BELL,

11              Plaintiff,                    No. CIV S-08-2281 KJM CHS

12        vs.

13   DERRAL G. ADAMS,

14              Respondent.                   <u>ORDER</u>

15   _____/

16        Plaintiff, a state prisoner proceeding *pro se*, has filed an application for a writ of

17   habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19        On June 15, 2011, the magistrate judge filed findings and recommendations,

20   which were served on the parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within fourteen days.  No objections to the

22   findings and recommendations have been filed..

23        The court thus presumes that any findings of fact are correct.  *See Orand v.*

24   *United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

25   reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

26   */////*

1

1983).  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed June 15, 2011, are adopted in full;

2. The application for writ of habeas corpus is denied;

3.  A certificate of appealability shall not issue; and

4. The Clerk of the Court is directed to CLOSE this case.

DATED: September 30, 2011.

_____
UNITED STATES DISTRICT JUDGE

/brya2241.805

2